BENJAMIN A. PORTER, appellant,

*v.*

VIOLET A. WILLIAMS et al., respondents.

[Decided February 9th, 1922.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Foster, whose opinion is reported in *93 N. J. Eq. 88.*

*Mr. W. Howard Demarest,* for the appellant.

*Messrs. Kalisch & Kalisch,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Foster.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK—13.

*For reversal*—None.